AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| United States of America | ) |
| *Plaintiff* | ) |
| v. | ) |
| Stefan Pildes | ) |
| *Defendant* | ) |

Case No.    26-cr-142

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Stefan Pildes                                                                                          .

Date:    04/23/2026

/s/ Emma Schwartz
*Attorney's signature*

Emma Schwartz, Bar No. 6013379
*Printed name and bar number*

SHER TREMONTE LLP
90 Broad Street, 23rd Floor
New York, New York 10004

*Address*

eschwartz@shertremonte.com
*E-mail address*

(212) 202-2600
*Telephone number*

(212) 202-4156
*FAX number*