Case 1:26-cr-00142-CM Document 17 Filed 07/30/26 Page 1 of 1

SHER TREMONTE LLP

July 30, 2026

MEMO ENDORSED

8-5-26

Travel as requested herein is granted.

Colleen McMahon

**VIA ECF**

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:** ***United States v. Stefan Pildes*****,**
Case No. 26-cr-142 (CM)

Dear Judge McMahon:

We represent Stefan Pildes in the above-referenced case. We write to respectfully request that the Court grant authorization for Mr. Pildes to travel to Harrisburg, Pennsylvania to visit a close friend, leaving August 5, 2026 and returning August 6, 2026. As the Court is aware, Mr. Pildes's travel is currently restricted to the Southern and Eastern Districts of New York and the District of New Jersey.

Neither the government nor Pretrial Services object to this request.

We appreciate the Court's consideration.

Respectfully submitted,

*/s/ Noam Biale*
Noam Biale
Emma Schwartz

*Attorneys for Stefan Pildes*

cc: All counsel of record (via ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 8-5-26