**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 23, 2026

**BY ECF**
Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *United States v. Stefan Pildes*, 26 Cr. 142 (CM)**

Dear Judge McMahon:

The Government writes to respectfully request that the Court authorize the disclosure of tax information in discovery pursuant to 26 U.S.C. § 6103(i)(4)(A)(i)-(ii), (D). Protected tax information may only be disclosed by the Government in limited circumstances and may only be used in certain circumstances. *See* 26 U.S.C. § 6103(i)(1). Pursuant to 26 U.S.C. § 6103(i)(4)(A)(ii), one of the permitted uses is for discovery "to the extent required by order of the court pursuant to section 3500 of title 18, United States Code, or rule 16 of the Federal Rules of Criminal Procedure." *See* 26 U.S.C. § 6103(i)(4)(A)(ii). In authorizing disclosure of protected tax information under this provision, "the court shall give due consideration to congressional policy favoring the confidentiality of returns and return information as set forth in [Title 26, United States Code]." 26 U.S.C. § 6103(i)(4)(D).

As charged in Count One of the Indictment, Stefan Pildes engaged in a scheme to defraud attendees and venues participating in an annual Christmas-themed event held in New York City ("SantaCon"), by making false and misleading statements about the use of SantaCon proceeds in order to promote the event, raise such proceeds, and fraudulently convert SantaCon proceeds to his own personal use.

On or about March 27, 2024, the Government sought and received an order authorizing the Internal Revenue Service ("IRS") to disclose tax return information pertaining to the defendant to the Government (the "Tax Order"). On or about April 11 and July 3, 2024, the IRS produced documents to the Government in response to the Tax Order (the "Tax Order Materials"). Additionally, the Government has received from the IRS and various tax preparers, among other things, tax returns and supporting papers for the defendant, his spouse, and various entities that he controlled, including Participatory Safety Inc., Creative Opportunities Group Inc., and Brass Tacks Productions (together with the Tax Order Materials, the "Tax Documents").

The Tax Documents consist of tax returns and return information, where available, for the defendant, his spouse, and various entities. The Tax Documents may also indicate any years for which there were no relevant tax filings. The Government believes that the Tax Documents would

be used at any future trial to demonstrate the defendant's involvement in the charged offense, including that the defendant made knowing misstatements about the use of the SantaCon proceeds.

Accordingly, the Government seeks an order authorizing it to produce the Tax Documents in discovery. The Government submits that the Tax Documents should be produced pursuant to Rule 16 of the Federal Rules of Criminal Procedure and that disclosure in discovery is appropriate even giving due consideration to the congressional policy favoring confidentiality of tax return information. *See* 26 U.S.C. § 6103(i)(4)(A)(ii), (D). A proposed order authorizing the production of the Tax Documents in discovery is attached to this letter as Exhibit A.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: ______________________
Varun A. Gumaste
Assistant United States Attorney
(212) 637-1023

Andrew N. Stahl
Special Assistant United States Attorney
(212) 637-2456

cc: Noam Biale, Esq. (Counsel for Defendant)
Emma Schwartz, Esq. (Counsel for Defendant)