USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/25/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

STEFAN PILDES,

Defendant.

**ORDER**

26 Cr. 142 (CM)

Upon the application of the United States, by the United States Attorney for the Southern District of New York, James M. McDonald, by Assistant United States Attorney Varun A. Gumaste and Special Assistant United States Attorney Andrew N. Stahl, dated September 23, 2026;

WHEREAS, on or about March 27, 2024, the Government sought and received an order authorizing the United States Internal Revenue Service ("IRS") to disclose taxpayer return information relevant to an ongoing investigation (the "Tax Order");

WHEREAS, on or about April 11 and July 3, 2024, the IRS produced documents to the Government in response to the Tax Order (the "Tax Order Materials");

WHEREAS, the Government has also received from the IRS and various tax preparers, among other things, tax returns and supporting papers for the defendant, his spouse, and various entities that he controlled (together with the Tax Order Materials, the "Tax Documents");

IT IS HEREBY ORDERED that, giving due consideration to congressional policy favoring the confidentiality of returns and return information as set forth in Title 26, United States Code, the Tax Documents are required to be produced pursuant to Rule 16 of the Federal Rules of Criminal Procedure.

**SO ORDERED:**

Dated: New York, New York
September 25, 2026

HONORABLE COLLEEN MCMAHON
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK