SHER TREMONTE LLP

October 20, 2026

**VIA ECF**

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:** ***United States v. Stefan Pildes*****,**
Case No. 26-cr-142 (CM)

Dear Judge McMahon:

We represent Stefan Pildes in the above-referenced case. We write to respectfully request that the Court extend the deadline for Mr. Pildes to file his pretrial motions, and all attendant briefing deadlines, by one month. This is Mr. Pildes's first request for an extension. The government consents to this request.

At the status conference held on September 15, 2026, the parties informed the Court that Mr. Pildes applied to the government for a deferred prosecution agreement. That application has led to conversations regarding a potential disposition of this case, and the parties are now close to reaching a resolution short of trial. The parties, however, require additional time to finalize plea discussions.

Moreover, yesterday, the government made an additional document production, consisting of 185 GB of data (approximately 917,153 pages). Mr. Pildes requires additional time to review this discovery in connection with preparing his motions, should the parties fail to reach a plea agreement.

Finally, at the September 15, 2026 conference, the Court advised that all pretrial motions should be filed simultaneously with Mr. Pildes's motion to dismiss. Upon further research and review of the discovery materials, Mr. Pildes anticipates filing, in addition to his motion to dismiss, a motion to suppress certain evidence and for a *Franks* hearing and requires additional time to research and draft those motions.

Based on the parties' previously agreed-upon schedule, the pretrial motions are currently due October 30, 2026, with the government's response due November 30, 2026 and Mr. Pildes's reply due December 14, 2026. *See* Minute Entry dated September 15, 2026. A revised, proposed schedule is as follows:

- Defense motions: November 30, 2026
- Government response: December 30, 2026
- Defense reply: January 14, 2027

As noted, the government consents to this request for an adjournment of the briefing schedule. We appreciate the Court's consideration of this request.

Respectfully submitted,

*/s/ Noam Biale*
Noam Biale
Emma Schwartz

*Attorneys for Stefan Pildes*

cc: All counsel of record (via ECF)