SHER TREMONTE LLP

November 23, 2026

**VIA ECF**

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:** ***United States v. Stefan Pildes*****,**
Case No. 26-cr-142 (CM)

Dear Judge McMahon:

We represent Stefan Pildes in the above-referenced case. We write to respectfully request two modifications of Mr. Pildes's conditions of release.

First, we respectfully request that the Court grant authorization for Mr. Pildes to travel to Miami, Florida for a video production project, leaving December 2, 2026 and returning December 6, 2026. As the Court is aware, Mr. Pildes's travel is currently restricted to the Southern and Eastern Districts of New York and the District of New Jersey. Neither the government nor Pretrial Services object to this request.

Second, we respectfully request that the Court permit Mr. Pildes to execute a unanimous consent of the board of Participatory Safety Inc. ("PSI") that would allow PSI to grant a license to the entity that will run this year's SantaCon event. Counsel for Mr. Pildes has been in contact with counsel for a prior organizer of the SantaCon event, who has created a new entity, Ho Ho Holdings, Inc. (the "New Entity"), to run SantaCon this year. Mr. Pildes has no involvement with the New Entity. To run the event, the New Entity requires trademark licenses held by PSI. Although Mr. Pildes will not be involved in the planning or organization of SantaCon this year, he cares about supporting the event and ensuring that its organizers have access to resources necessary for its success. To that end, Mr. Pildes wishes to grant the New Entity a license to use any SantaCon-related trademarks. To do so, he would execute a unanimous consent of the board of PSI that would grant the New Entity a license to use SantaCon-related trademarks.

Mr. Pildes's conditions of release currently provide that he "may have no involvement (directly or indirectly) in the promotion or organizing of the event Santa Con." ECF No. 7 at 5. Accordingly, Mr. Pildes respectfully requests that the Court modify his conditions to allow him to execute the unanimous consent described above, which would allow the New Entity to use SantaCon-related trademarks for this year's SantaCon event. The government consents to this request.

We appreciate the Court's consideration of both of the above-described requests.

Respectfully submitted,

*/s/ Noam Biale*
Noam Biale
Emma Schwartz

*Attorneys for Stefan Pildes*

cc: All counsel of record (via ECF)